Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–27722–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Austin A. Leonard
503 Oakshade Road
Vincentown, NJ 08088

Social Security No.:
xxx–xx–9061

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/2/18 at 02:00 PM

to consider and act upon the following:

*6* – Order Regarding Certification of Exigent Circumstances and Request for Extension of Time To Obtain Credit Counseling. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/4/2018. Hearing scheduled for 9/26/2018 at 02:00 PM at KCF – Courtroom 2, Trenton. (ckk)

Dated: 9/18/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court